Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

>Case No.: 18−19998−CMG
>Chapter: 13
>Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Norman Hills II
   156 West Franklin Street
   Bound Brook, NJ 08805

Social Security No.:
   xxx−xx−9408

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 1/15/20 at 09:00 AM

to consider and act upon the following:

*28* − Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Albert Russo. Objection deadline is 12/31/2019. (Attachments: # 1 Proposed Order) (Russo, Albert)

Dated: 1/3/20

>Jeanne Naughton
>Clerk, U.S. Bankruptcy Court