Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

        Case No.:  18–19998–CMG
        Chapter:  13
        Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Norman Hills II
   156 West Franklin Street
   Bound Brook, NJ 08805

Social Security No.:
   xxx–xx–9408

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

on 1/15/20 at 09:00 AM

to consider and act upon the following:

*28* – Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Albert Russo. Objection deadline is 12/31/2019. (Attachments: # 1 Proposed Order) (Russo, Albert)

Dated: 1/3/20

                Jeanne Naughton
                Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                                  Case No. 18-19998-CMG
Norman Hills, II                                                                        Chapter 13
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1               Date Rcvd: Jan 03, 2020
                              Form ID: ntchrgbk        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 05, 2020.
db              +Norman Hills, II,    156 West Franklin Street,    Bound Brook, NJ 08805-1942

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 05, 2020                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 3, 2020 at the address(es) listed below:
     Albert Russo    docs@russotrustee.com
     Alexandra T. Garcia    on behalf of Creditor    Hartford Funding, Ltd. NJECFMAIL@mwc-law.com, nj-ecfmail@ecf.courtdrive.com
     Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
     Marisa Myers Cohen    on behalf of Creditor    LAKEVIEW LOAN SERVICING, LLC mcohen@mwc-law.com, jhillier@mwc-law.com
     Melissa S DiCerbo    on behalf of Creditor    Hartford Funding, Ltd. nj-ecfmail@mwc-law.com, nj-ecfmail@ecf.courtdrive.com
     Rebecca Ann Solarz    on behalf of Creditor    Toyota Motor Credit Corporation rsolarz@kmllawgroup.com
     U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
     Warren D. Levy    on behalf of Debtor Norman  Hills, II jday@keaveneylegalgroup.com
                                                                                                                                TOTAL: 8