Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18−19998−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Norman Hills II
  156 West Franklin Street
  Bound Brook, NJ 08805

Social Security No.:
  xxx−xx−9408

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on November 20, 2018.

On 1/10/2020 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Christine M. Gravelle on:

Date:               February 19, 2020
Time:                 10:00 AM
Location:           Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: January 13, 2020
JAN: vpm

Jeanne Naughton
Clerk

```
                         United States Bankruptcy Court
                              District of New Jersey
In re:                                                              Case No. 18-19998-CMG
Norman Hills, II                                                    Chapter 13
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0312-3          User: admin              Page 1 of 1                Date Rcvd: Jan 13, 2020
                              Form ID: 185             Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 15, 2020.
db           +Norman Hills, II,   156 West Franklin Street,   Bound Brook, NJ 08805-1942
517664492    +Hartfod Funding, Ltd.,   c/o Cenlar FSB,   425 Phillips Boulevard,   Ewing, NJ 08618-1430
517664497    +Hartford Funding, Ltd.,   C/o Cenlar FSB,   425 Phillips Boulevard,   Ewing, NJ 08618-1430
517535138    +Hartford Funding, Ltd.,   2040 Ocean Ave,   Ronkonkoma, NY 11779-6536
517535139    +McCabe, Weisberg & Conway, PC,   216 Haddon Avenue,   Suite 201,   Westmont, NJ 08108-2818
517535140     Mohela,   P.O. Box 103347,   Atlanta, GA 30348-5347
517535144    ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
              (address filed with court: Toyota Financial Services,   Attn: Bankruptcy,   PO Box 8026,
                Cedar Rapids, IA 52409)
517609024    +Toyota Motor Credit Corporation,   PO Box 9013,   Addison, Texas 75001-9013
517544140    +U S Department of Education/MOHELA,   633 Spirit Drive,   Chesterfield, MO 63005-1243

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: usanj.njbankr@usdoj.gov Jan 13 2020 23:54:05     U.S. Attorney,   970 Broad St.,
              Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 13 2020 23:54:03     United States Trustee,
              Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
              Newark, NJ 07102-5235
517609553    +E-mail/Text: bankruptcydpt@mcmcg.com Jan 13 2020 23:54:02     MIDLAND FUNDING LLC,
              PO Box 2011,   Warren, MI 48090-2011
517535141     E-mail/PDF: cbp@onemainfinancial.com Jan 14 2020 00:00:32     One Main Financial,
              P.O. Box 3662,   Evansville, IN 47735-3662
517535143     E-mail/Text: appebnmailbox@sprint.com Jan 13 2020 23:54:01     Sprint,   PO. Box 7949,
              Overland Park, KS 66207-0949
517535142    +E-mail/Text: bankruptcy@savit.com Jan 13 2020 23:54:56     Savit Coll,   PO Box 250,
              East Brunswick, NJ 08816-0250
517535145    +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jan 13 2020 23:52:37
              Verizon,   500 Technology Drive,   Suite 550,   Saint Charles, MO 63304-2225
                                                                                              TOTAL: 7

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 15, 2020                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 13, 2020 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Alexandra T. Garcia    on behalf of Creditor    Hartford Funding, Ltd. NJECFMAIL@mwc-law.com,
               nj-ecfmail@ecf.courtdrive.com
              Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Marisa Myers Cohen    on behalf of Creditor    LAKEVIEW LOAN SERVICING, LLC mcohen@mwc-law.com,
               jhillier@mwc-law.com
              Melissa S DiCerbo    on behalf of Creditor    Hartford Funding, Ltd. nj-ecfmail@mwc-law.com,
               nj-ecfmail@ecf.courtdrive.com
              Rebecca Ann Solarz    on behalf of Creditor    Toyota Motor Credit Corporation
               rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              Warren D. Levy    on behalf of Debtor Norman  Hills, II jday@keaveneylegalgroup.com
                                                                                              TOTAL: 8
```