Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                        Case No.:  18−19998−CMG
                        Chapter:  13
                        Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Norman Hills II
   156 West Franklin Street
   Bound Brook, NJ 08805

Social Security No.:
   xxx−xx−9408

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 2/20/20.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

    This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: February 20, 2020
JAN: rms

                                                                         Jeanne Naughton
                                                                        Clerk

```
                          United States Bankruptcy Court
                                District of New Jersey
In re:                                                              Case No. 18-19998-CMG
Norman Hills, II                                                    Chapter 13
         Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0312-3          User: admin               Page 1 of 1          Date Rcvd: Feb 20, 2020
                              Form ID: 148              Total Noticed: 16
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 22, 2020.
```
db           +Norman Hills, II,    156 West Franklin Street,     Bound Brook, NJ 08805-1942
517664492    +Hartfod Funding, Ltd.,    c/o Cenlar FSB,    425 Phillips Boulevard,     Ewing, NJ 08618-1430
517664497    +Hartford Funding, Ltd.,    C/o Cenlar FSB,    425 Phillips Boulevard,     Ewing, NJ 08618-1430
517535138    +Hartford Funding, Ltd.,    2040 Ocean Ave,    Ronkonkoma, NY 11779-6536
517535139    +McCabe, Weisberg & Conway, PC,    216 Haddon Avenue,    Suite 201,    Westmont, NJ 08108-2818
517535140     Mohela,   P.O. Box 103347,    Atlanta, GA 30348-5347
517609024    +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
517544140    +U S Department of Education/MOHELA,    633 Spirit Drive,    Chesterfield, MO 63005-1243
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Feb 21 2020 01:48:21      U.S. Attorney,   970 Broad St.,
               Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 21 2020 01:48:17      United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
517609553    +EDI: MID8.COM Feb 21 2020 06:03:00      MIDLAND FUNDING LLC,    PO Box 2011,
               Warren, MI 48090-2011
517535141     EDI: AGFINANCE.COM Feb 21 2020 06:03:00      One Main Financial,   P.O. Box 3662,
               Evansville, IN 47735-3662
517535143     EDI: NEXTEL.COM Feb 21 2020 06:03:00      Sprint,   PO. Box 7949,   Overland Park, KS 66207-0949
517535142    +E-mail/Text: bankruptcy@savit.com Feb 21 2020 01:49:17      Savit Coll,   PO Box 250,
               East Brunswick, NJ 08816-0250
517535144     EDI: TFSR.COM Feb 21 2020 06:03:00      Toyota Financial Services,   Attn: Bankruptcy,
               PO Box 8026,   Cedar Rapids, IA 52409
517535145    +EDI: VERIZONCOMB.COM Feb 21 2020 06:03:00      Verizon,    500 Technology Drive,   Suite 550,
               Saint Charles, MO 63304-2225
                                                                                              TOTAL: 8
```

```
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 22, 2020                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 20, 2020 at the address(es) listed below:
```
              Albert   Russo    docs@russotrustee.com
              Alexandra T. Garcia    on behalf of Creditor   Hartford Funding, Ltd. NJECFMAIL@mwc-law.com,
               nj-ecfmail@ecf.courtdrive.com
              Denise E. Carlon    on behalf of Creditor   Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Marisa Myers Cohen    on behalf of Creditor   LAKEVIEW LOAN SERVICING, LLC
               ecfmail@ecf.courtdrive.com,    jhillier@mwc-law.com
              Melissa S DiCerbo    on behalf of Creditor   Hartford Funding, Ltd. nj-ecfmail@mwc-law.com,
               nj-ecfmail@ecf.courtdrive.com
              Rebecca Ann Solarz    on behalf of Creditor   Toyota Motor Credit Corporation
               rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              Warren D. Levy    on behalf of Debtor Norman  Hills, II jday@keaveneylegalgroup.com,
               fkeenan@keaveneylegalgroup.com;r46514@notify.bestcase.com
                                                                                              TOTAL: 8
```